

| City of Fort Worth<br>200 Texas St.<br>Fort Worth, TX  76102 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>Pay Period: | CFPD-Police/Civil Service Contract<br>03/23/2024<br>04/05/2024<br>2024_PP08 | Business Unit: 0235<br>Advice #: 000000003419361<br>Advice Date: 04/12/2024 |
|---|---|---|---|

| | | | TAX DATA: | Federal | TX State |
|---|---|---|---|---|---|
| Ruben Gastelum<br>3517 Avenue H<br>Fort Worth, TX  76105 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 610230<br>0354411-North Division Patrol Unit<br>North Division<br>Police Officer<br>$34.283202 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>N/A<br>N/A | N/A<br>0 |

## HOURS AND EARNINGS

| | | CURRENT | | YEAR TO DATE (YTD) | | *** CALCULATIONS |
|---|---|---|---|---|---|---|
| Description | Base/Adjusted Rate | Hours | Earnings | Hours | Earnings | |
| Regular Earnings | 34.283202 | 61.00 | 2,091.28 | 620.00 | 21,255.61 | 61.00 hrs. x $34.283202 |
| Shift Differential Police | 2.056992 | 61.00 | 125.48 | 625.75 | 1,288.14 | 61.00 hrs. x ($34.283202 x 0.06) |
| Non Exempt Comp Time Used | 34.283202 | 19.00 | 651.38 | 19.00 | 651.38 | 19.00 hrs. x $34.283202 |
| Personal Holiday | | | | 1.00 | 34.28 | |
| Comp Time Earned | | | | 24.77 | 0.00 | |
| Holiday Accrual Earned | | | | 30.00 | 0.00 | |
| Total: | | 141.00 | 2,868.14 | 1,320.52 | 23,229.41 | |

## SPECIAL PAY

| | CURRENT | YTD |
|---|---|---|
| Longevity Pay | 1.85 | 14.80 |
| Sub-Total: | 1.85 | 14.80 |

| PRIOR PAY PERIOD ADJUSTMENTS | EARNS END DATE | EARNINGS | | TAXES | | |
|---|---|---|---|---|---|---|
| | | | | Description | Current | YTD |
| | | | | Fed Withholdng | 206.51 | 1,708.83 |
| | | | | Fed MED/EE | 34.18 | 276.91 |
| Sub-Total: | | | | Total: | 240.69 | 1,985.74 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Dental | 16.86 | 134.88 | Brotherhood for the Fallen | 8.34 | 33.36 | Basic Life & ADD ER | 2.41 | 19.28 |
| Health Before Tax | 51.11 | 408.88 | CLEAT | 16.62 | 119.11 | Basic Life & AD&D Taxable* | 0.63 | 5.04 |
| Wellness Physical | 23.08 | 184.64 | Police Officer's Association | 31.13 | 249.04 | Health Non Taxable | 295.56 | 2,364.48 |
| Retirement Contribution EE | 422.75 | 3,423.87 | | | | Employer ERF Contribution | 785.23 | 6,359.63 |
| Total: | 513.80 | 4,152.27 | Total: | 56.09 | 401.51 | *Taxable | | |

| PAY ADVICE SUMMARY | HOURS | GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current | 141.00 | 2,869.99 | 2,356.82 | 240.69 | 569.89 | 2,059.41 |
| YTD | 1,320.52 | 23,244.21 | 19,096.98 | 1,985.74 | 4,553.78 | 16,704.69 |

| LEAVE PLAN | BEG BAL | EARNED | USED | ADJUST | END BAL | USE / LOSE | BY DATE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Account Type | Account Number | Amount |
| Vacation | 218.75 | 4.50 | | | 223.25 | | | | Checking | xxxxxx8570 | 2,059.41 |
| Personal Holiday | 15.00 | | | | 15.00 | 15.00 | 12/31/2024 | | | | |
| Holiday Accrued | 40.00 | | | | 40.00 | | | | | | |
| Comp. Time - Non-Exempt | 76.49 | | 19.00 | | 57.49 | | | | | | |
| Short-Term Sick / Family | 265.65 | 4.62 | | | 270.27 | | | | | | |
| Family Illness | 56.00 | | | | 56.00 | | | | Total: | | 2,059.41 |

**MESSAGE:**



| City of Fort Worth<br>200 Texas St.<br>Fort Worth, TX  76102 | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>Pay Period: | CPO/Police/Civil Service Contract<br>04/06/2024<br>04/19/2024<br>2024_PP09 | Business Unit:<br>Advice #:<br>Advice Date: | 0235<br>000000003426734<br>04/26/2024 |

| | | | TAX DATA: | Federal | TX State |
|---|---|---|---|---|---|
| Ruben Gastelum<br>3517 Avenue H<br>Fort Worth, TX  76105 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 610230<br>0354411-North Division Patrol Unit<br>North Division<br>Police Officer<br>$34.283202 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>N/A<br>N/A | N/A<br>0 |

### HOURS AND EARNINGS

| Description | Base/Adjusted Rate | CURRENT Hours | Earnings | YEAR TO DATE (YTD) Hours | Earnings | *** CALCULATIONS |
|---|---|---|---|---|---|---|
| Regular Earnings | 34.283202 | 80.00 | 2,742.66 | 700.00 | 23,998.27 | 80.00 hrs. x $34.283202 |
| Shift Differential Police | 2.056992 | 80.00 | 164.56 | 705.75 | 1,452.70 | 80.00 hrs. x ($34.283202 x 0.06) |
| Non Exempt Comp Time Used | | | | 19.00 | 651.38 | |
| Personal Holiday | | | | 1.00 | 34.28 | |
| Comp Time Earned | | | | 24.77 | 0.00 | |
| Holiday Accrual Earned | | | | 30.00 | 0.00 | |
| Total: | | 160.00 | 2,907.22 | 1,480.52 | 26,136.63 | |

### SPECIAL PAY

| Description | CURRENT | YTD |
|---|---|---|
| Longevity Pay | 1.85 | 16.65 |
| Sub-Total: | 1.85 | 16.65 |

### PRIOR PAY PERIOD ADJUSTMENTS

| | EARNS END DATE | EARNINGS |
|---|---|---|
| Sub-Total: | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 217.10 | 1,925.93 |
| Fed MED/EE | 34.99 | 311.90 |
| Total: | 252.09 | 2,237.83 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 16.86 | 151.74 |
| Health Before Tax | 51.11 | 459.99 |
| Retirement Contribution EE | 428.51 | 3,852.38 |
| Wellness Physical | 0.00 | 184.64 |
| Total: | 496.48 | 4,648.75 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| CLEAT | 16.62 | 135.73 |
| Police Officer's Association | 31.13 | 280.17 |
| Brotherhood for the Fallen | 0.00 | 33.36 |
| Total: | 47.75 | 449.26 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life & ADD ER | 2.41 | 21.69 |
| Basic Life & AD&D Taxable* | 0.63 | 5.67 |
| Health Non Taxable | 295.56 | 2,660.04 |
| Employer ERF Contribution | 795.92 | 7,155.55 |
| *Taxable | | |

### PAY ADVICE SUMMARY

| | HOURS | GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current | 160.00 | 2,909.07 | 2,413.22 | 252.09 | 544.23 | 2,112.75 |
| YTD | 1,480.52 | 26,153.28 | 21,510.20 | 2,237.83 | 5,098.01 | 18,817.44 |

### LEAVE PLAN

| | BEG BAL | EARNED | USED | ADJUST | END BAL | USE / LOSE | BY DATE |
|---|---|---|---|---|---|---|---|
| Vacation | 223.25 | 4.50 | | | 227.75 | | |
| Personal Holiday | 15.00 | | | | 15.00 | 15.00 | 12/31/2024 |
| Holiday Accrued | 40.00 | | | | 40.00 | | |
| Comp. Time - Non-Exempt | 57.49 | | | | 57.49 | | |
| Short-Term Sick / Family | 270.27 | 4.62 | | | 274.89 | | |
| Family Illness | 56.00 | | | | 56.00 | | |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Amount |
|---|---|---|
| Checking | xxxxxx8570 | 2,112.75 |
| Total: | | 2,112.75 |

**MESSAGE:**

Case 24-31979-swe7 Doc 8 Filed 07/02/24 Entered 07/02/24 11:49:42 Desc Main Document Page 3 of 5



| City of Fort Worth<br>200 Texas St.<br>Fort Worth, TX 76102 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date:<br>Pay Period: | CPolice/Civil Service Contract<br>04/20/2024<br>05/03/2024<br>2024_PP10 | Business Unit: 0235<br>Advice #: 000000003434062<br>Advice Date: 05/10/2024 | |

| Ruben Gastelum<br>3517 Avenue H<br>Fort Worth, TX 76105 | Employee ID: 610230<br>Department: 0354411-Police North Div Patrol Sect<br>Location: North Division<br>Job Title: Police Officer<br>Pay Rate: $34.283202 Hourly | TAX DATA: | Federal | TX State |
|---|---|---|---|---|
| | | Marital Status: | Married | N/A |
| | | Allowances: | N/A | 0 |
| | | Addl. Percent: | N/A | |
| | | Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Base/Adjusted Rate | CURRENT Hours | CURRENT Earnings | YTD Hours | YTD Earnings | *** CALCULATIONS |
|---|---|---|---|---|---|---|
| Regular Earnings | 34.283202 | 80.00 | 2,742.66 | 780.00 | 26,740.93 | 80.00 hrs. x $34.283202 |
| Overtime 1.5 Earnings | *** | 0.25 | 13.09 | 0.25 | 13.09 | (0.25 hrs. x $34.283202) + (0.125 hrs. x $36.146087) |
| Shift Differential Police | 2.056992 | 76.00 | 156.33 | 781.75 | 1,609.03 | 76.00 hrs. x ($34.283202 x 0.06) |
| Comp Time Earned | | 7.50 | | 32.27 | 0.00 | |
| Non Exempt Comp Time Used | | | | 19.00 | 651.38 | |
| Personal Holiday | | | | 1.00 | 34.28 | |
| Holiday Accrual Earned | | | | 30.00 | 0.00 | |
| Total: | | 163.75 | 2,912.08 | 1,644.27 | 29,048.71 | |

### SPECIAL PAY

| Description | CURRENT | YTD |
|---|---|---|
| Longevity Pay | 1.85 | 18.50 |
| Sub-Total: | 1.85 | 18.50 |

### PRIOR PAY PERIOD ADJUSTMENTS

| EARNS END DATE | EARNINGS |
|---|---|
| Sub-Total: | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 218.01 | 2,143.94 |
| Fed MED/EE | 35.05 | 346.95 |
| Total: | 253.06 | 2,490.89 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 16.86 | 168.60 |
| Health Before Tax | 51.11 | 511.10 |
| Retirement Contribution EE | 429.22 | 4,281.60 |
| Wellness Physical | 0.00 | 184.64 |
| **Total**: | 497.19 | 5,145.94 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Brotherhood for the Fallen | 8.34 | 41.70 |
| CLEAT | 16.62 | 152.35 |
| Police Officer's Association | 31.13 | 311.30 |
| Total: | 56.09 | 505.35 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life & ADD ER | 2.41 | 24.10 |
| Basic Life & AD&D Taxable* | 0.63 | 6.30 |
| Health Non Taxable | 295.56 | 2,955.60 |
| Employer ERF Contribution | 793.67 | 7,949.22 |
| *Taxable | | |

### PAY ADVICE SUMMARY

| | HOURS | GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current | 163.75 | 2,913.93 | 2,417.37 | 253.06 | 553.28 | 2,107.59 |
| YTD | 1,644.27 | 29,067.21 | 23,927.57 | 2,490.89 | 5,651.29 | 20,925.03 |

### LEAVE PLAN

| | BEG BAL | EARNED | USED | ADJUST | END BAL | USE / LOSE | BY DATE |
|---|---|---|---|---|---|---|---|
| Vacation | 227.75 | 4.50 | | | 232.25 | | |
| Personal Holiday | 15.00 | | | | 15.00 | 15.00 | 12/31/2024 |
| Holiday Accrued | 40.00 | | | | 40.00 | | |
| Comp. Time - Non-Exempt | 57.49 | 7.50 | | | 64.99 | | |
| Short-Term Sick / Family | 274.89 | 4.62 | | | 279.51 | | |
| Family Illness | 56.00 | | | | 56.00 | | |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Amount |
|---|---|---|
| Checking | xxxxxx8570 | 2,107.59 |
| Total: | | 2,107.59 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**



**City of Fort Worth**
200 Texas St.
Fort Worth, TX  76102

| | |
|---|---|
| Pay Group: | CPD-Police/Civil Service Contract |
| Pay Begin Date: | 05/04/2024 |
| Pay End Date: | 05/17/2024 |
| Pay Period: | 2024_PP11 |

| | |
|---|---|
| Business Unit: | 0235 |
| Advice #: | 000000003441385 |
| Advice Date: | 05/24/2024 |

| | | | |
|---|---|---|---|
| TAX DATA: | | Federal | TX State |
| Marital Status: | | Married | N/A |
| Allowances: | | N/A | 0 |
| Addl. Percent: | | N/A | |
| Addl. Amount: | | | |

Ruben Gastelum
3517 Avenue H
Fort Worth, TX  76105

| | |
|---|---|
| Employee ID: | 610230 |
| Department: | 0354411-Police North Div Patrol Sect |
| Location: | North Division |
| Job Title: | Police Officer |
| Pay Rate: | $34.283202 Hourly |

### HOURS AND EARNINGS

| Description | Base/Adjusted Rate | CURRENT Hours | CURRENT Earnings | YTD Hours | YTD Earnings | *** CALCULATIONS |
|---|---|---|---|---|---|---|
| Regular Earnings | 34.283202 | 76.00 | 2,605.53 | 856.00 | 29,346.46 | 76.00 hrs. x $34.283202 |
| Shift Differential Police | 2.056992 | 78.25 | 160.96 | 860.00 | 1,769.99 | 78.25 hrs. x ($34.283202 x 0.06) |
| Non Exempt Comp Time Used | 34.283202 | 4.00 | 137.13 | 23.00 | 788.51 | 4.00 hrs. x $34.283202 |
| Comp Time Earned | | 6.00 | | 38.27 | 0.00 | |
| Overtime 1.5 Earnings | | | | 0.25 | 13.09 | |
| Personal Holiday | | | | 1.00 | 34.28 | |
| Holiday Accrual Earned | | | | 30.00 | 0.00 | |
| Total: | | 164.25 | 2,903.62 | 1,808.52 | 31,952.33 | |

### SPECIAL PAY

| Description | CURRENT | YTD |
|---|---|---|
| Longevity Pay | 1.85 | 20.35 |
| Sub-Total: | 1.85 | 20.35 |

### PRIOR PAY PERIOD ADJUSTMENTS

| EARNS END DATE | EARNINGS |
|---|---|
| Sub-Total: | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 216.43 | 2,360.37 |
| Fed MED/EE | 34.95 | 381.90 |
| Total: | 251.38 | 2,742.27 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 16.86 | 185.46 |
| Health Before Tax | 51.11 | 562.21 |
| Retirement Contribution EE | 427.98 | 4,709.58 |
| Wellness Physical | 0.00 | 184.64 |
| Total: | 495.95 | 5,641.89 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| CLEAT | 16.62 | 168.97 |
| Police Officer's Association | 31.13 | 342.43 |
| Brotherhood for the Fallen | 0.00 | 41.70 |
| Total: | 47.75 | 553.10 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life & ADD ER | 2.41 | 26.51 |
| Basic Life & AD&D Taxable* | 0.63 | 6.93 |
| Health Non Taxable | 295.56 | 3,251.16 |
| Employer ERF Contribution | 794.94 | 8,744.16 |

*Taxable

### PAY ADVICE SUMMARY

| | HOURS | GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current | 164.25 | 2,905.47 | 2,410.15 | 251.38 | 543.70 | 2,110.39 |
| YTD | 1,808.52 | 31,972.68 | 26,337.72 | 2,742.27 | 6,194.99 | 23,035.42 |

### LEAVE PLAN

| | BEG BAL | EARNED | USED | ADJUST | END BAL | USE / LOSE | BY DATE |
|---|---|---|---|---|---|---|---|
| Vacation | 232.25 | 4.50 | | | 236.75 | | |
| Personal Holiday | 15.00 | | | | 15.00 | 15.00 | 12/31/2024 |
| Holiday Accrued | 40.00 | | | | 40.00 | | |
| Comp. Time - Non-Exempt | 64.99 | 6.00 | 4.00 | | 66.99 | | |
| Short-Term Sick / Family | 279.51 | 4.62 | | | 284.13 | | |
| Family Illness | 56.00 | | | | 56.00 | | |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Amount |
|---|---|---|
| Checking | xxxxxx8570 | 2,110.39 |
| Total: | | 2,110.39 |

**MESSAGE:**



| City of Fort Worth | | | | | |
|---|---|---|---|---|---|
| 200 Texas St. | | Pay Group: | 01-Police/Civil Service Contract | Business Unit: | 0235 |
| Fort Worth, TX 76102 | | Pay Begin Date: | 05/18/2024 | Advice #: | 000000003448801 |
| | | Pay End Date: | 05/31/2024 | Advice Date: | 06/07/2024 |
| | | Pay Period: | 2024_PP12 | | |

| | | | TAX DATA: | Federal | TX State |
|---|---|---|---|---|---|
| Ruben Gastelum | Employee ID: | 610230 | Marital Status: | Married | N/A |
| 3517 Avenue H | Department: | 0354411-Police North Div Patrol Sect | Allowances: | N/A | 0 |
| Fort Worth, TX 76105 | Location: | North Division | Addl. Percent: | N/A | |
| | Job Title: | Police Officer | Addl. Amount: | | |
| | Pay Rate: | $34.283202 Hourly | | | |

### HOURS AND EARNINGS

| | | CURRENT | | YEAR TO DATE (YTD) | | *** CALCULATIONS |
|---|---|---|---|---|---|---|
| **Description** | **Base/Adjusted Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | |
| Regular Earnings | 34.283202 | 70.00 | 2,399.83 | 926.00 | 31,746.29 | 70.000 hrs. x $34.283202 |
| Shift Differential Police | 2.056992 | 66.00 | 135.76 | 926.00 | 1,905.75 | 66.000 hrs. x ($34.283202 x 0.06) |
| Sick Leave | 34.283202 | 10.00 | 342.83 | 10.00 | 342.83 | 10.000 hrs. x $34.283202 |
| Comp Time Earned | | 15.00 | | 53.27 | 0.00 | |
| Holiday Accrual Earned | | 10.00 | | 40.00 | 0.00 | |
| Overtime 1.5 Earnings | | | | 0.25 | 13.09 | |
| Non Exempt Comp Time Used | | | | 23.00 | 788.51 | |
| Personal Holiday | | | | 1.00 | 34.28 | |
| Total: | | 171.00 | 2,878.42 | 1,979.52 | 34,830.75 | |

### SPECIAL PAY

| Description | CURRENT | YTD |
|---|---|---|
| Longevity Pay | 1.85 | 22.20 |
| Sub-Total: | 1.85 | 22.20 |

### PRIOR PAY PERIOD ADJUSTMENTS

| EARNS END DATE | EARNINGS |
|---|---|
| Sub-Total: | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 211.70 | 2,572.07 |
| Fed MED/EE | 34.63 | 416.53 |
| Total: | 246.33 | 2,988.60 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 16.86 | 202.32 |
| Health Before Tax | 51.11 | 613.32 |
| Retirement Contribution EE | 424.26 | 5,133.84 |
| Wellness Physical | 0.00 | 184.64 |
| Total: | 492.23 | 6,134.12 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Brotherhood for the Fallen | 8.34 | 50.04 |
| CLEAT | 16.62 | 185.59 |
| Police Officer's Association | 31.13 | 373.56 |
| Total: | 56.09 | 609.19 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life & ADD ER | 2.41 | 28.92 |
| Basic Life & AD&D Taxable* | 0.63 | 7.56 |
| Health Non Taxable | 295.56 | 3,546.72 |
| Employer ERF Contribution | 788.04 | 9,532.20 |
| *Taxable | | |

### PAY ADVICE SUMMARY

| | HOURS | GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current | 171.00 | 2,880.27 | 2,388.67 | 246.33 | 548.32 | 2,085.62 |
| YTD | 1,979.52 | 34,852.95 | 28,726.39 | 2,988.60 | 6,743.31 | 25,121.04 |

### LEAVE PLAN

| | BEG BAL | EARNED | USED | ADJUST | END BAL | USE / LOSE | BY DATE |
|---|---|---|---|---|---|---|---|
| Vacation | 236.75 | | | 4.50 | 241.25 | | |
| Personal Holiday | 15.00 | | | | 15.00 | 15.00 | 12/31/2024 |
| Holiday Accrued | 40.00 | | 10.00 | | 50.00 | | |
| Comp. Time - Non-Exempt | 66.99 | | 15.00 | | 81.99 | | |
| Short-Term Sick / Family | 284.13 | | | -5.38 | 278.75 | | |
| Family Illness | 56.00 | | | | 56.00 | | |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Amount |
|---|---|---|
| Checking | xxxxxx8570 | 2,085.62 |
| Total: | | 2,085.62 |

**MESSAGE:**